UNITED STATES of America,
Plaintiff–Appellee,

v.

Quentin Dawan HAYES, Defendant–
Appellant.

No. 13–6322.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2013.

Decided: July 18, 2013.

Quentin Dawan Hayes, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before KING, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quentin Dawan Hayes appeals the district court's order denying his motion to compel the Government to file a Fed. R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Hayes,* No. 4:10–cr–00941–RBH–2 (D.S.C. Feb. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*